```
                    UNITED STATES DISTRICT COURT
                    DISTRICT COURT OF MASSACHUSETTS
```

|  |  |
|---|---|
| **UNITED STATES** ) |  |
| ) |  |
| **v.** ) | 1:21-CR-10359-AK |
| ) |  |
| **JOSHUA WESTBROOK** ) |  |

**MOTION TO CONTINUE STATUS HEARING**

NOW COMES the Defendant, JOSHUA WESTBROOK, in connection with the above-captioned matter and respectfully requests that this Honorable Court continue the status conference on 6/9/22 for approximately 30 days.  The parties suggest a hearing by Zoom in July and suggest 7/14, 7/15, or the next available date in July.  As grounds, successor counsel is still reviewing discovery and needs more time to complete the discovery process and review.  Discovery is complete from the Government; however, defense counsel needs more time after receiving the file from prior counsel.  The Defendant requests that the delay be excluded.  The Government assents to this request and agrees to the suggested date by Zoom.

WHEREFORE, the Defendant requests that this motion be ALLOWED.

```
                              The Defendant,
                              JOSHUA WESTRBOOK,
                              By his attorney,

                              /s/ CLMALCOLM
                              _____
                              Christopher L. Malcolm
                              BBO No.: 684440
                              266 Willowgate Rise
                              Holliston, MA 01746
                              617-645-0089
Date:  June 6, 2022           clmalcolm@gmail.com
```

1

**CERTIFICATE OF SERVICE**

    I, Christopher L. Malcolm, Attorney for Defendant, hereby certify that on this date I served a copy of this motion to continue by electronic notice on the US Attorney's Office.

Date:   6/6/22

*/s/ CLMALCOLM*
_____
Christopher L. Malcolm