UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. )
)
) Criminal No. 21-cr-10359-AK
JOSHUA WESTBROOK, )
)
)
Defendant )
)

**JOINT INTERIM STATUS REPORT AND
MOTION FOR ORDER OF EXCLUDABLE DELAY**

The defendant Joshua WESTBROOK was indicted on December 15, 2021 with one count

of distribution and possession with intent to distribute 50 grams or more of methamphetamine, in

violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii).  The defendant was arrested on

December 16, 2021, and remains in custody pursuant to a voluntary order of detention without

prejudice.  *See* Dkt. No. 10.  On March 28, 2022, newly retained counsel filed a notice of

appearance to represent the defendant.  Pursuant to Local Rule 116.5(b), and the Court's Initial

Status Report (Dkt. No. 24), the government submits the following joint status report and motion

for order of excludable delay.

  1.  **Automatic Discovery and Discovery Requests**

The government provided automatic discovery on January 24, 2022.  On April 6, 2022, the

government provide automatic discovery to new counsel.  The government has responded to all

requests for discovery by the defendant.

  2.  **Timing of Additional Discovery**

The government does not anticipate providing any additional automatic discovery.

  3.  **Timing of Additional Discovery Requests**

At this time, the defendant does not know whether he will make additional discovery requests.

### 4.  Protective Orders

The Court granted the government's motion for a protective order on January 20, 2022.

### 5.  Pretrial Motions

The defendant has not filed any pretrial motions under Fed. R. Crim. P. 12(b).  The defendant reserves the right to file after review of the discovery.

### 6.  Timing of Expert Disclosures

The Court has not yet established a date for expert witness disclosures.  The government submits that drug analysts and agents will be the only expert witnesses likely to be called by the government.  Accordingly, the government submits that expert disclosures 21 days before trial should be sufficient.

### 7.  Defenses

It is too early for the defense to assess this issue.

### 8.  Excludable Delay

Zero days of non-excludable time have accrued.

### 9.  Plea Discussions, Trial

The parties have not engaged in plea negotiations.  Any trial is anticipated to last approximately three days.

### 10. Timing of Final Status Conference and Motion for Order of Excludable Delay

The Final Status Conference is currently scheduled for June 16, 2022.  Counsel for the defendant requests additional time to review the discovery, determine whether or not to make discovery requests, and for the defendant to assess whether or not he intends to file any motions.

Based on the foregoing, the parties request that the Court continue the Final Status Conference for

30 days.  The parties further request, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the Court enter

an order of excludable delay excluding the time between June 16, 2022 and the date set for the

Final Status Conference.


DATED: June 6, 2022

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:   */s/ Alathea E. Porter*
Alathea E. Porter
Assistant U.S. Attorney


## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2022, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Alathea E. Porter*
Alathea E. Porter
Assistant U.S. Attorney