## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** OR ANY OF HIS DEPUTIES,

AND TO: Sheriff Joseph D. McDonald Jr., Plymouth County Correctional Facility, 26 Long Pond

Road, Plymouth, MA 02360

YOU ARE COMMANDED to have the body of **JOSHUA WESTBROOK #79049-509** now in your

custody, before the United States District Court for the District of Massachusetts, United States

Courthouse, 1 Courthouse Way, Courtroom No. **8**, on the **3rd** floor, Boston,

Massachusetts on or before **AUGUST 9, 2022**, at 12:00 PM.

for the purpose of **INITIAL STATUS CONFERENCE**

in the case of **UNITED STATES OF AMERICA** V. **JOSHUA WESTBROOK**

Case Number **21-cr-10359-AK**

And you are to retain the body of said **JOSHUA WESTBROOK #79049-509** while before

said Court upon said day and upon such other days thereafter as his attendance before said Court shall

be necessary, and as soon as may be thereafter to return said **JOSHUA WESTBROOK #79049-509** to

the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he

had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with

your doings herein.

Dated this **3rd** day of **August 2022**,

__Angel Kelley_____
UNITED STATES DISTRICT JUDGE

ROBERT M. FARRELL
CLERK OF COURT

By:     /s/ Miguel A. Lara
         Deputy Clerk
