UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Case No. 21-CR-10359-AK |
| JOSHUA WESTBROOK, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER ON EXCLUDABLE TIME

**A. KELLEY, D.J.**

      With the consent of the defendant, this Court finds and concludes, pursuant to 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (effective December 2008), that the parties require time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed, including preliminary discussions regarding the possible resolution of this matter, such that the interests of justice outweigh the best interests of the public and the defendant for a trial within seventy days of the return of an indictment.  See 18 U.S.C. § 3161(h)(7)(A) (allowing that "periods of delay shall be excluded . . . if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial").  The Court further finds that not granting this continuance would deny counsel for both the defendant and the government the "reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

      The Clerk of Court is ordered to enter excludable time for the period of August 9, 2022, through September 20, 2022, that being the period between the expiration of the last order of

excludable time and the date of the next status conference before this Court. Based on the orders of December 17, 2021, February 1, 2022, March 15, 2022, May 11, 2022, June 7, 2022, July 18, 2022, and this Order, as of the next status conference on September 20, 2022, there will be 0 days of non-excludable time and 70 days remaining under the Speedy Trial Act in which this case must be tried.

    **SO ORDERED.**

Dated: August 9, 2022                                                           /s/ Angel Kelley  
                                                                                  Hon. Angel Kelley  
                                                                                  United States District Judge