```
             UNITED STATES DISTRICT COURT
              DISTRICT COURT OF MASSACHUSETTS
```

|  |  |
|---|---|
| **UNITED STATES** | ) |
|  | ) |
| v. | )   1:21-CR-10359-AK |
|  | ) |
| **JOSHUA WESTBROOK** | ) |
|  | ) |

### ASENTED-TO MOTION TO CONTINUE HEARING

NOW COMES the Defendant, JOSHUA WESTBROOK, in connection with the above-captioned matter and respectfully requests that this Honorable Court continue the hearing on 9/20/22 to the afternoon of 10/20/22 in person or by zoom, the afternoon of 10/25/22 by zoom, the afternoon of 11/1/22 in person or by zoom, the afternoon of 11/3 or 11/4 in person or by zoom, or a convenient date & time for the Court in the afternoon.

The parties suggest this continuance to provide additional time to continue to discuss disposition in this case. The Government assents to this request. The parties need time additional time to review and discuss disposition in this case.

WHEREFORE, the Defendant requests that this motion be ALLOWED.

```
                         The Defendant,
                         JOSHUA WESTRBOOK,
                         By his attorney,

                         /s/ CLMALCOLM
                         _____
                         Christopher L. Malcolm
                         BBO No.: 684440
                         266 Willowgate Rise
                         Holliston, MA 01746
                         617-645-0089
Date: September 19, 2022 clmalcolm@gmail.com
```

1

**CERTIFICATE OF SERVICE**

    I, Christopher L. Malcolm, Attorney for Defendant, hereby certify that on this date I served a copy of this motion to continue by electronic notice on the US Attorney's Office.

Date:  9/19/22

                                        */s/ CLMALCOLM*
                                        Christopher L. Malcolm