# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA WESTBROOK,<br><br>               Defendant | No.   21-cr-10359-AK |

## ASSENTED-TO MOTION FOR AN ORDER OF EXCLUDABLE DELAY PURSUANT TO THE SPEEDY TRIAL ACT

The United States of America, by and through Assistant United States Attorney Alathea E. Porter, with the assent of counsel for the defendant, respectfully moves this Honorable Court for an Order designating the period from September 20, 2022 through October 25, 2022 as excludable delay pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), on the ground that the ends of justice served in the delay outweigh the best interests of the public and the defendants in a speedy trial.

On August 9, 2022, the Court held an initial pre-trial conference. At the request of the defendant, the Court set a further pre-trial conference for September 20, 2022. On September 19, 2022, the defendant filed an assented-to motion to continue the status conference. *See* Dkt. 55. The Court granted that motion on the same date and continued the status conference to October 25, 2022. *See* Dkt. 56. As noted in the defendant's motion, the continuance is necessary to provide additional time for the parties to discuss potential resolution of the case. *See* Dkt. 55. Counsel for the defendant assents to this motion to exclude the time between September 20, 2022 and October 25, 2022.

Dated: September 19, 2022          Respectfully submitted,

                                            RACHAEL S. ROLLINS
                                            United States Attorney

                            By:    */s/ Alathea Porter*
                                            Alathea E. Porter
                                            Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

       I hereby certify that on September 19, 2022, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                         */s/ Alathea E. Porter*
                                                         Alathea E. Porter
                                                         Assistant U.S. Attorney