## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA WESTBROOK,<br><br>                    Defendant | No.   21-cr-10359-AK |

### ASSENTED-TO MOTION FOR A RULE 11 HEARING VIA VIDEOCONFERENCE AND MOTION FOR ORDER OF EXCLUDABLE DELAY

The United States of America, by and through Assistant United States Attorney Alathea E. Porter, with the assent of counsel for the defendant, respectfully moves this Honorable Court for a Rule 11 hearing held via videoconference in the afternoon of any of the following dates: February 3, 6, 10, 14, 15, or 16, 2023.  Additionally, the parties request that the Court enter an Order designating the period from January 4, 2023 (the date of the last status conference) through the date set for the Rule 11 hearing as excludable delay pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), on the ground that the ends of justice served in the delay outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  January 18, 2023                                         Respectfully submitted,

                                                                                         RACHAEL S. ROLLINS
                                                                                         United States Attorney

                                                                            By:    */s/ Alathea Porter*                        
                                                                                         Alathea E. Porter
                                                                                         Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2023, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Alathea E. Porter*
Alathea E. Porter
Assistant U.S. Attorney