**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES** | ) | |
| | ) | |
| **v.** | ) | **1:21-CR-10359 AK** |
| | ) | |
| **JOSHUA WESTBROOK** | ) | |
| | ) | |

## ASSENTED-TO MOTION TO CONTINUE RULE 11 HEARING

NOW COMES the Defendant, JOSHUA WESTBROOK, in connection with the above-captioned matter and respectfully requests that the Rule 11 hearing scheduled for March 9, 2023 be continued to a date in May 2023 or June 2023 as the Court so Orders.

As grounds, defense counsel is day to day waiting for his wife to go into labor and as a result has not had sufficient time to adequately answer all of Defendant's questions in recent meetings.  The Defendant seeks additional time to review this decision, and defense counsel has been held on several trials and important motion hearings that were scheduled back to back in anticipation of the arrival of baby and planned paternity leave.  Defense counsel is held for trial again on March 8, 2023 in Lawrence District Court pending additional updates and developments of his wife's status.  For the past three days, there have been significant signals and contractions that result in trips the doctor and false alarms.  Counsel needs additional time now to prepare this case for the next steps.  The Government is aware of these issues and assents to the Defendant's motion.  The time between this date and the next, if the Court grants this motion, should be excluded.

WHEREFORE, the parties respectfully request that this case be continued from 3/9/23 to a new date that suits the Government and the Court after April 28, 2023 to accommodate counsel's expected leave.

Respectfully submitted,
JOSHUA WESTBROOK,
By his attorney,

*/s/ CLMALCOLM*

_____
Christopher L. Malcolm
BBO No.: 684440
266 Willowgate Rise
Holliston, MA 01746
617-645-0089
Date:  March 7, 2023          clmalcolm@gmail.com

## CERTIFICATE OF SERVICE

I, Christopher L. Malcolm, Attorney for Defendant, hereby certify that on this date I served a copy of this motion to continue by email and electronic notice on the US Attorney's Office.

*/s/ CLMALCOLM*

Date:   3/8/23          _____
                         Christopher L. Malcolm

2