UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA WESTBROOK,<br><br>Defendant | No.   21-cr-10359-AK |

**ASSENTED-TO MOTION FOR AN ORDER OF EXCLUDABLE DELAY
PURSUANT TO THE SPEEDY TRIAL ACT**

The United States of America, by and through Assistant United States Attorney Alathea E. Porter, with the assent of counsel for the defendant, respectfully moves this Honorable Court for an Order designating the period from March 9, 2023 through March 20, 2023 as excludable delay pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), on the ground that the ends of justice served in the delay outweigh the best interests of the public and the defendants in a speedy trial.

The matter had been scheduled for a Rule 11 hearing for March 9, 2023. On March 8, 2023, the Court held a status conference, at which time counsel for the defendant advised the Court that the defendant sought to continue the Rule 11 hearing so that he could have additional time to discuss the anticipated change of plea with counsel. During the March 8, 2023 status conference, the Court allowed that request and continued the Rule 11 hearing to March 20, 2023. *See* Dkt. 82.

Dated: March 9, 2023

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: */s/ Alathea Porter*
Alathea E. Porter
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2023, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

>*/s/ Alathea E. Porter*
>Alathea E. Porter
>Assistant U.S. Attorney